| AO 10 Rev. 1/2006 | | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

| 1. Person Reporting (last name, first, middle initial)  Tucker, Petrese B | 2. Court or Organization  PA-Eastern District | 3. Date of Report  06/08/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005  to  12/31/2005 |
| 7. Chambers or Office Address  Room 9613 U.S. Courthouse  601 Market Street  Philadelphia, PA 19106-1751 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Avenue of the Arts, Inc. |
| 2. Director | Girls Inc. of Greater Philadelphia and Southern New Jersey |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000 | PA State Retirement Plan |
| 2. | |
| 3. | |

RECEIVED 2006 JUN 19 A 11: 34 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2005 | PA SERS State Employee Retirement System | $ 27,000 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Jan-Aug 05 | Self-employed legal practice income |
| 2. | Sept-Dec | Commonwealth of PA - Common Pleas Court Judge - Salary |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | OSHRC | San Diego, California, 8/28/05-9/1/05, Conference Reimbursement for travel, lodging and meals |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Tickets to Philadelphia Flower Show and dinner | Harris T. Bock, Esq. | $ 300.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PNC Bank | Line of credit | K |
| 2. Farm Credit of the Virginias | Mortgage on land | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank - bank accounts | A | Interest | J | T | | | | | |
| 2. Accounts receivable from clients of law practice | | None | K | W | | | | | |
| 3. TIGR Series 15 - 0% - 2/15/08 | B | O.I.D. | K | T | | | | | |
| 4. TIGR Series 12 - 0% - 5/15/08 | B | Interest | L | T | | | | | |
| 5. U.S. Treasury Strips - 0.0% - 5/15/10 | B | O.I.D. | K | T | | | | | |
| 6. TIGR Series 18 - 0% - 2/15/07 | C | O.I.D. | L | T | | | | | |
| 7. U.S. Treasury Strips - 0.0% - 5/15/09 | C | O.I.D. | L | T | | | | | |
| 8. U.S. Treasury Strips - 0.0% - 2/15/11 | B | O.I.D. | K | T | | | | | |
| 9. Resolution Trust Funding Corp Coupon Strips 0% - 1/15/12 | B | O.I.D | L | T | | | | | |
| 10. AIM Premier Equity Fund Cl B | | None | J | T | | | | | |
| 11. Central Dauphin PA School Dist 0% Bonds - 6/1/05 | B | Interest | | | sold | 06-01 | K | A | |
| 12. Pittsburgh PA School Dist 0% Bonds - 8/1/06 | B | O.I.D. | K | T | | | | | |
| 13. Allentown School Dist 0% Bonds - 7/1/07 | B | O.I.D. | K | T | | | | | |
| 14. Caterpillar Inc stock | A | Dividend | J | T | | | | | |
| 15. Isuzu Motors stock | | None | J | T | | | | | |
| 16. Resolution Trust Funding Corp Coupon Strips 0% - 4/15/13 | B | O.I.D. | L | T | | | | | |
| 17. TII Network Technologies - stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from pri disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bye Creek Farms Inc - stock | | None | J | W | | | | | |
| 19. Allete Inc - stock | A | Dividend | J | T | | | | | |
| 20. Exelon Corporations | A | Dividend | J | T | | | | | |
| 21. Merrill Lynch Retirement Reserves - money market accounts | A | Dividend | K | T | | | | | |
| 22. Branch Banking & Trust | B | Interest | L | T | | | | | |
| 23. Community National Bank | A | Interest | J | T | | | | | |
| 24. Land Halifax County, VA | | None | L | W | | | | | |
| 25. Abbott Labs | A | Dividend | J | T | partial sale | 10-24 | J | A | |
| 26. Air Products & Chem | A | Dividend | J | T | partial sale | 12-28 | J | A | |
| 27. Alberto Culver Company | A | Dividend | J | T | buy | 06-03 | J | | |
| 28. Allied Capital Corp | A | Dividend | J | T | | | | | |
| 29. Allstate Corp | A | Dividend | J | T | | | | | |
| 30. Altria Group | A | Dividend | K | T | partial sale | 11-18 | J | A | |
| 31. | | | | | partial sale | 12-27 | J | A | |
| 32. Amerda Hess Corp | A | Dividend | J | T | buy | 9/01 | J | | |
| 33. | | | | | buy | 9/29 | J | | |
| 34. | | | | | buy | 10/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | buy | 10/10 | J | | |
| 36. American Express Company | A | Dividend | J | T | partial sale | 08-08 | J | A | |
| 37. American International Group Inc | A | Dividend | J | T | partial sale | 04-07 | J | A | |
| 38. Ameriprise Finl Inc | A | Dividend | J | T | buy | 10-06 | J | | |
| 39. Annheuser Busch Cos Inc | A | Dividend | J | T | | | | | |
| 40. Archer Daniels Midland | A | Dividend | | | partial sale | 1/18 | J | A | |
| 41. | | | | | partial sale | 6/20 | J | A | |
| 42. | | | | | partial sale | 9/1 | J | A | |
| 43. | | | | | sold | 9/7 | J | A | |
| 44. Arrow Daniels Midland | A | Dividend | J | T | buy | 9/6 | J | | |
| 45. | | | | | buy | 9/30 | J | | |
| 46. | | | | | buy | 10/10 | J | | |
| 47. | | | | | buy | 12/06 | J | | |
| 48. Automatic Data Proc | A | Dividend | J | T | buy | 10/21 | J | | |
| 49. Bank of America Corp | A | Dividend | J | T | buy | 5/4 | J | | |
| 50. | | | | | buy | 8/8 | J | | |
| 51. | | | | | partial sale | 12/6 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Barclays PLC | A | Dividend | J | T | partial sale | 12/16 | J | A | |
| 53. Bemis Co Inc | A | Dividend | J | T | | | | | |
| 54. Black Box Corp Del | A | Dividend | | | partial sale | 6/29 | J | A | |
| 55. | | | | | sold | 7/14 | J | A | |
| 56. BP PLC | A | Dividend | J | T | partial sale | 2/14 | J | A | |
| 57. | | | | | buy | 4/18 | J | | |
| 58. | | | | | partial sale | 10/04 | J | A | |
| 59. Cadbury Schweppes ADR | A | Dividend | J | T | | | | | |
| 60. Canon Inc ADR | A | Dividend | J | T | | | | | |
| 61. Certegy Inc | A | Dividend | J | T | | | | | |
| 62. Chevron Texaco Corp | A | Dividend | J | T | buy | 5/26 | J | | |
| 63. | | | | | merger | 08/17 | J | | |
| 64. Cathay General Bancorp | A | Dividend | J | T | buy | 9/6 | J | | |
| 65. | | | | | buy | 10/4 | J | | |
| 66. | | | | | buy | 10/24 | J | | |
| 67. CD Fremont Investment and Loan Feb 2006 3.65% | | None | L | T | buy | 11/2 | L | | |
| 68. CD Medallion Bank Feb 2006 3.65% | | None | J | T | buy | 11/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Cigna Corp | A | Dividend | J | T | buy | 11/9 | J | | |
| 70. | | | | | buy | 12/21 | J | | |
| 71. Cinn Financial Corp Ohio | A | Dividend | J | T | | | | | |
| 72. Cisco Systems Inc. | | None | J | T | buy | 11/16 | J | | |
| 73. | | | | | buy | 2/23 | J | | |
| 74. Citigroup Inc | A | Dividend | J | T | partial sale | 5/2 | J | A | |
| 75. | | | | | partial sale | 5/9 | J | A | |
| 76. | | | | | partial sale | 5/27 | J | A | |
| 77. Coca Cola Com | A | Dividend | J | T | partial sale | 10/24 | J | A | |
| 78. Colgate Palmolive | A | Dividend | J | T | | | | | |
| 79. Comcast Corp New Cl A | A | Dividend | | | partial sale | 1/25 | J | A | |
| 80. | | | | | partial sale | 3/8 | J | A | |
| 81. | | | | | sold | 3/21 | J | A | |
| 82. Conoco Phillips | A | Dividend | J | T | | | | | |
| 83. Credit Suisse GP ADR | A | Dividend | J | T | partial sale | 12/21 | J | A | |
| 84. Diageo PLC SPSD ADR | A | Dividend | J | T | buy | 9/14 | J | | |
| 85. | | | | | buy | 11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Dow Chemical PV2 | A | Dividend | J | T | | | | | |
| 87. Eaton Vance Corp NVT | A | Dividend | J | T | | | | | |
| 88. Emerson Electric Co | A | Dividend | J | T | buy | 3/31 | J | | |
| 89. | | | | | partial sale | 4/5 | J | A | |
| 90. ENI S P A Sponsored ADR | A | Dividend | J | T | partial sale | 1/31 | J | A | |
| 91. Equifax Inc | A | Dividend | J | T | | | | | |
| 92. Equitable Res Inc | A | Dividend | J | T | | | | | |
| 93. Exxon Mobil | A | Dividend | K | T | partial sale | 11/18 | J | A | |
| 94. | | | | | partial sale | 10/11 | J | A | |
| 95. | | | | | partial sale | 11/7 | J | A | |
| 96. | | | | | partial sale | 11/15 | J | A | |
| 97. | | | | | partial sale | 1/26 | J | A | |
| 98. Fannie Mae (US) Com NPV | A | Dividend | J | T | partial sale | 3/11 | J | A | |
| 99. | | | | | partial sale | 10/4 | J | A | |
| 100. First Data Corporation | A | Dividend | J | T | | | | | |
| 101. Freddie Mac | A | Dividend | J | T | | | | | |
| 102. Gallagher, Arthur & Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. General Electric | A | Dividend | J | T | partial sale | 2/16 | J | A | |
| 104. GlaxoSmithKline PLC ADR | A | Dividend | J | T | partial sale | 2/16 | J | A | |
| 105. | | | | | partial sale | 12/16 | J | A | |
| 106. Golden West Fin CP Del | A | Dividend | J | T | buy | 1/26 | J | | |
| 107. | | | | | buy | 8/11 | J | | |
| 108. Goldman Sachs Group Inc | A | Dividend | J | T | buy | 7/27 | J | | |
| 109. | | | | | partial sale | 7/27 | J | A | |
| 110. Graco Inc | A | Dividend | J | T | | | | | |
| 111. Halliburton Company | A | Dividend | | | sold | 1/11 | J | A | |
| 112. Hartford Financial Services Inc | A | Dividend | J | T | partial sale | 10/18 | J | A | |
| 113. Heineken NV ADR | A | Dividend | J | T | | | | | |
| 114. Home Depot Inc | A | Dividend | J | T | buy | 4/21 | J | | |
| 115. Honeywell Intl Inc Del | A | Dividend | J | T | buy | 12/20 | J | | |
| 116. Hoya Corp | A | Dividend | J | T | buy | 6/23 | J | | |
| 117. HSBC Hldg PLC Sp ADR | A | Dividend | J | T | | | | | |
| 118. Illinois Tool Works Inc | A | Dividend | J | T | buy | 3/16 | J | | |
| 119. | | | | | buy | 3/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | buy | 4/1 | J | | |
| 121. IMS Health Inc | A | Dividend | | | sold | 9/19 | J | B | |
| 122. Intel Corp | A | Dividend | J | T | partial sale | 8/8 | J | A | |
| 123. International Business Machines | A | Dividend | J | T | partial sale | 4/26 | J | A | |
| 124. | | | | | partial sale | 6/29 | J | A | |
| 125. International Paper Co | A | Dividend | J | T | | | | | |
| 126. Jackson Hewitt Tax Services Inc | A | Dividend | J | T | buy | 7/11 | J | | |
| 127. | | | | | buy | 8/10 | J | | |
| 128. | | | | | buy | 12/9 | J | | |
| 129. Johnson & Johnson | A | Dividend | J | T | buy | 10/19 | J | | |
| 130. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 131. KAO Corp ADR | A | Dividend | J | T | partial sale | 8/12 | J | A | |
| 132. Kellogg Company PV | A | Dividend | J | T | partial sale | 09/20 | J | A | |
| 133. Kimberly Clark | A | Dividend | J | T | partial sale | 11/21 | J | A | |
| 134. Kraft Foods Inc | A | Dividend | J | T | | | | | |
| 135. Lauder, Estee Cos Inc | A | Dividend | J | T | | | | | |
| 136. Lancaster Colony Corp Ohio | A | Dividend | | | partial sale | 9/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | sold | 10/06 | J | A | |
| 138. Lilly, Eli Co | A | Dividend | J | T | | | | | |
| 139. Lehman Brothers HLDGS Com | A | Dividend | J | T | buy | 1/5 | J | | |
| 140. | | | | | buy | 2/10 | J | | |
| 141. | | | | | buy | 2/11 | J | | |
| 142. Lincoln NTL Corp IND NPV | A | Dividend | J | T | buy | 8/22 | J | | |
| 143. | | | | | buy | 10/13 | J | | |
| 144. Lockheed Martin Corp | A | Dividend | J | T | buy | 12/1 | J | | |
| 145. Marsh & McLennan Cos | A | Dividend | J | T | | | | | |
| 146. Masco Corp | A | Dividend | J | T | buy | 5/12 | J | | |
| 147. | | | | | buy | 6/17 | J | | |
| 148. | | | | | buy | 11/2 | J | | |
| 149. | | | | | buy | 12/15 | J | | |
| 150. McDonalds corp | A | Dividend | J | T | partial sale | 11/18 | J | A | |
| 151. McGraw Hill Companies | A | Dividend | J | T | partial sale | 7/20 | J | A | |
| 152. | | | | | partial sale | 11/18 | J | A | |
| 153. Metlife Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Merck & Co Inc | A | Dividend | J | T | partial sale | 2/8 | J | A | |
| 155. | | | | | partial sale | 5/27 | J | A | |
| 156. | | | | | buy | 8/29 | J | | |
| 157. Microsoft Corp | A | Dividend | J | T | | | | | |
| 158. Mitsubishi UFJ Financial Group | A | Dividend | J | T | buy | 10/11 | J | | |
| 159. | | | | | buy | 10/25 | J | | |
| 160. Morgan Stanley | A | Dividend | J | T | | | | | |
| 161. Nestle S A Rep RG ADR | A | Dividend | J | T | | | | | |
| 162. News Corp Ltd | A | Dividend | J | T | buy | 7/11 | J | | |
| 163. Nokia Corp | A | Dividend | J | T | | | | | |
| 164. Northrop Grumman Corp | A | Dividend | J | T | buy | 6/22 | J | | |
| 165. | | | | | buy | 7/26 | J | | |
| 166. Novartis ADR | A | Dividend | J | T | partial sale | 2/18 | J | A | |
| 167. Oracle Corp | | None | J | T | | | | | |
| 168. Oracle Corp $.01 DEL | | None | J | T | buy | 5/23 | J | | |
| 169. | | | | | buy | 6/8 | J | | |
| 170. | | | | | buy | 10/6 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Pepsico Inc | A | Dividend | J | T | | | | | |
| 172. Pfizer Inc Del PV .05 | A | Dividend | J | T | partial sale | 10/31 | J | A | |
| 173. | | | | | partial sale | 11/23 | J | A | |
| 174. | | | | | partial sale | 2/3 | J | A | |
| 175. Polaris Industries | A | Dividend | J | T | buy | 8/10 | J | | |
| 176. | | | | | buy | 8/30 | J | | |
| 177. | | | | | buy | 8/31 | J | | |
| 178. PPG Industries | A | Dividend | J | T | | | | | |
| 179. PPL Corporation | | None | | | partial sale | 2/22 | J | A | |
| 180. | | | | | sold | 5/27 | J | A | |
| 181. Proctor Gamble | A | Dividend | J | T | | | | | |
| 182. Questar Corp | A | Dividend | J | T | partial sale | 9/1 | J | B | |
| 183. Realty Income Corp Maryland REIT | A | Dividend | J | T | buy | 8/11 | J | | |
| 184. Reed Elsevier PLC Sp ADR | | None | | | sold | 7/19 | J | A | |
| 185. Reinsurance Group of America | A | Dividend | J | T | | | | | |
| 186. Reynolds & Reynolds | A | Dividend | J | T | buy | 1/14 | J | | |
| 187. | | | | | buy | 2/9 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Royal Dutch Pete | A | Dividend | J | T | buy | 6/27 | J | | |
| 189. RPM International Inc | A | Dividend | J | T | | | | | |
| 190. Siemens AG | A | Dividend | J | T | | | | | |
| 191. Societe General Spn ADR | A | Dividend | J | T | partial sale | 4/26 | J | B | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. Stewart, WP & Co | A | Dividend | J | T | | | | | |
| 195. Suntrust Banks Inc | A | Dividend | J | T | | | | | |
| 196. Swiss Reins Sponsored ADR | A | Dividend | J | T | | | | | |
| 197. Syngenta AG ADR | | None | J | T | | | | | |
| 198. Sterling Bancorp NY | A | Dividend | J | T | buy | 4/26 | J | | |
| 199. Target Corp | A | Dividend | J | T | | | | | |
| 200. Teleflex Inc | A | Dividend | J | T | | | | | |
| 201. Tesco Plc Spnrd ADR | A | Dividend | J | T | buy | 8/15 | J | | |
| 202. Time Warner Inc | A | Dividend | J | T | partial sale | 11/18 | J | A | |
| 203. TNT N V ADR | A | Dividend | J | T | buy | 12/7 | J | | |
| 204. Total S.A. Sp ADR | A | Dividend | J | T | buy | 3/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | buy | 3/10 | J | | |
| 206. | | | | | buy | 4/21 | J | | |
| 207. | | | | | buy | 10/10 | J | | |
| 208. | | | | | buy | 2/11 | J | | |
| 209. TXU Corp | A | Dividend | J | T | partial sale | 11/15 | J | A | |
| 210. UBS AG New | A | Dividend | J | T | partial sale | 8/15 | J | A | |
| 211. | | | | | buy | 12/1 | J | | |
| 212. | | | | | buy | 12/15 | J | | |
| 213. United Parcel Services | A | Dividend | J | T | | | | | |
| 214. Unilever PLC ADR | A | Dividend | J | T | partial sale | 10/24 | J | A | |
| 215. Unocal Corp | | None | | | partial sale | 2/22 | J | A | |
| 216. | | | | | partial sale | 3/14 | J | A | |
| 217. | | | | | partial sale | 4/19 | J | A | |
| 218. | | | | | partial sale | 6/27 | J | A | |
| 219. | | | | | merger dist | 8/17 | J | A | |
| 220. UnitedHealth Group Inc | | None | J | T | buy | 5/4 | J | | |
| 221. | | | | | buy | 6/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Valspar Corp | A | Dividend | J | T | | | | | |
| 223. Verizon Communications Com | A | Dividend | J | T | buy | 6/15 | J | | |
| 224. Viacom Inc Cl B | A | Dividend | J | T | buy | 7/11 | J | | |
| 225. Vivendi Universal ADR | A | Dividend | J | T | buy | 2/22 | J | | |
| 226. Vodafone Grp PLC Spn ADR | A | Dividend | J | T | partial sale | 3/14 | J | A | |
| 227. W W Grainger Incorp | A | Dividend | J | T | buy | 7/29 | J | | |
| 228. | | | | | buy | 8/5 | J | | |
| 229. Wal-Mart Stores Inc | A | Dividend | J | T | buy | 7/6 | J | | |
| 230. Walgreen Co | A | Dividend | J | T | partial sale | 8/8 | J | A | |
| 231. Washington Fedl Inc | A | Dividend | J | T | | | | | |
| 232. Wells Fargo & Co | A | Dividend | J | T | | | | | |
| 233. Wiley, John & Sons | A | Dividend | J | T | partial sale | 7/27 | J | A | |
| 234. Yahoo Inc | | None | J | T | buy | 11/23 | J | | |
| 235. Zurich Finl Svcs Spn ADR | | None | J | T | buy | 12/23 | J | | |
| 236. Adesca Inc | A | Dividend | J | T | | | | | |
| 237. Accenture Ltd | A | Dividend | J | T | buy | 1/19 | J | | |
| 238. | | | | | buy | 2/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Baxter International | A | Dividend | | | sold | 1/20 | J | A | |
| 240. Burlington N Santa Fe | A | Dividend | J | T | | | | | |
| 241. Devon Energy Corp | | None | J | T | buy | 1/10 | J | | |
| 242. Deere Co | A | Dividend | J | T | buy | 2/23 | J | | |
| 243. | | | | | buy | 5/10 | J | | |
| 244. | | | | | buy | 8/23 | J | | |
| 245. | | | | | partial sale | 12/6 | J | A | |
| 246. Dominion Res Inc | A | Dividend | J | T | buy | 11/9 | J | | |
| 247. Du Pont E I De Nemours | | None | | | partial sale | 3/29 | J | A | |
| 248. | | | | | partial sale | 8/16 | J | | |
| 249. | | | | | sold | 8/22 | J | | |
| 250. Enel Societa Par AZN ADR | | None | | | sold | 5/11 | J | A | |
| 251. GAP Inc | A | Dividend | | | buy | 3/9 | J | | |
| 252. | | | | | buy | 3/30 | J | | |
| 253. | | | | | partial sale | 10/13 | J | A | |
| 254. Hewlett Packard Co | | None | | | sold | 5/9 | J | A | |
| 255. International Flavors & Fragrance | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. ML Bank USA Rasp Money Market | A | Dividend | J | T | buy | var | J | | |
| 257. Nomura Holdings Inc | A | Dividend | J | T | | | | | |
| 258. Occidental Petroleum Corp | A | Dividend | J | T | | | | | |
| 259. PNC Financial Services Group | A | Dividend | J | T | buy | 5/24 | J | | |
| 260. Sara Lee Corp | | None | | | sold | 2/15 | J | A | |
| 261. Schering AG | A | Dividend | J | T | partial sale | 6/27 | J | A | |
| 262. Sprint Corp | A | Dividend | J | T | buy | 3/14 | J | | |
| 263. Sysco Corporation | A | Dividend | J | T | | | | | |
| 264. United Techs Corp | A | Dividend | J | T | buy | 1/12 | J | | |
| 265. Wyeth | A | Dividend | J | T | | | | | |
| 266. @ Whole Foods Mkt Inc Com | A | Dividend | J | T | buy | 6/28 | J | | |
| 267. | | | | | buy | 6/29 | J | | |
| 268. | | | | | buy | 7/1 | J | | |
| 269. Praxair Inc | A | Dividend | J | T | buy | 3/9 | J | | |
| 270. | | | | | buy | 3/10 | J | | |
| 271. Royal Bank - bank accounts | A | Interest | J | T | | | | | |
| 272. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | | | | | |
| 274. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 06/08/2006 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████ Date _6/16/06_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544